21469. BLACK v. BALKCOM, Warden.

ALMAND, Justice. The assignment of error in the bill of exceptions is that the trial judge erred in refusing to sanction a petition for the writ of habeas corpus. The petition was not incorporated in the bill of exceptions or otherwise verified by the judge. Accordingly, as ruled in the case of *Blanchard v. Balkcom*, 217 Ga. 334 (122 SE2d 215) the writ of error must be

*Dismissed. All the Justices concur.*

SUBMITTED JANUARY 8, 1962—DECIDED JANUARY 9, 1962.

George Black, *pro se*.

Eugene Cook, Attorney-General, B. Daniel Dubberly, Jr., Deputy Assistant Attorney-General, Earl L. Hickman, Assistant Attorney-General, contra.